**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No.:  3:08cr47/MCR/CJK
  3:13cv327/MCR/CJK

**CRAIG LOWELL HARRIS**
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 23, 2013. (Doc. 195). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Government's motion to dismiss (doc. 192) is **GRANTED**, and the motion to vacate, set aside, or correct sentence (doc. 189) is **DENIED and DISMISSED** as untimely.

2. A certificate of appealability be **DENIED**.

**DONE AND ORDERED** this 3rd day of June, 2014.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**